Evan J. Smith (SBN 242352)
Ryan P. Cardona (SBN 302113)
BRODSKY SMITH
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Tel:   877.534.2590
Fax:   310.247.0160
Email: esmith@brodskysmith.com
       rcardona@brodskysmith.com

*Attorneys for Plaintiff*

Kristin Reyna Dehart
kreyna@grsm.com
GORDON REES
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-1724

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CLAYTON FREEMAN, | **Case No.: 3:20-CV-02029-BAS-KSC** |
|---|---|
| Plaintiff, | **JOINT MOTION OF PARTIES FOR ORDER TO ENTER CONSENT DECREE AND DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| FIBRE RESOURCES UNLIMITED, INC. a/k/a FIBRE RESOURCES, and CERTIFIED RECYCLING, INC, | Complaint Filed: October 15, 2020 |
| Defendants. | |

Plaintiff Clayton Freeman ("Plaintiff") and Defendants Fibre Resources Unlimited Inc. a/k/a Fibre Resources and Certified Recycling, Inc. (collectively,

-1-

"Fibre Resources" or the "Defendants") (collectively with Plaintiff, "the Parties"), by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS on March 16, 2020, Plaintiff provided Defendants with a Notice of Violations and Intent to File Suit (the "Notice") under the Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on October 15, 2020, Plaintiff filed his initial complaint against Defendants in this Court, *Clayton Freeman v. Fibre Resources Unlimited, Inc., et al.*, Case No.: 3:20-cv-02029-BAS-KSC (the "Complaint") [Dkt. 1]. The Complaint incorporates by reference all of the allegations contained in the Notice.

WHEREAS, on December 3, 2020, Defendants filed an Answer to the Complaint [Dkt. 9].

WHEREAS, Plaintiff and Defendants, through their authorized representatives and without either adjudication of Plaintiff's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of Plaintiff set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the [Proposed] Consent Decree entered into by and between Plaintiff and Defendants is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, on August 12, 2021, the parties submitted the [Proposed] Consent Decree via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice.

WHEREAS, on August 13, 2021, the Department of Justice advised the parties that it received the [Proposed] Consent Decree on August 12, 2021 and requested the Parties advise the Court that it was the Department of Justice's position that it had until September 27, 2021 to review the [Proposed] Consent Decree. Plaintiff thereafter, on August 16, 2021, caused a Notice to be filed with the Court communicating the Department of Justice's presumptive review period end date. *See*, Notice of Signed [Proposed] Consent Decree and 45-Day Federal Agency

Review Period [Dkt. 29].

WHEREAS, as of September 28, 2021, after the presumptive end-date of the Federal review period as communicated by the Department of Justice, no objection of any kind has been filed in the this action or communicated to the Parties.

NOW THEREFORE, THE PARTIES HEREBY AGREE TO AND DO SO JOINTLY MOVE for an order stating that:

1. The [Proposed] Consent Decree should be entered by the Court.
2. Plaintiff's claims, as set forth in the Notice and Complaint, should be dismissed with prejudice and, to that end, the Parties respectfully request an order from this Court dismissing such claims with prejudice.
3. In accordance with §§ II.C and VI.A of the [Proposed] Consent Decree, the Parties also request that this Court maintain jurisdiction over the Parties for two years from the date of the entry of the [Proposed] Consent Decree (the "Termination Date"), for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the [Proposed] Consent Decree, or through the conclusion of any proceeding to enforce the [Proposed] Consent Decree initiated prior to the Termination Date, or upon the granting of a timely motion by a party requesting an extension of time for the Court to retain jurisdiction.
4. The requested dismissal may be pled as a full and complete defense to, and may be used as the basis for an injunction against any lawsuit which may be filed in breach of the [Proposed] Consent Decree.

Dated: September 29, 2021                    Respectfully Submitted,

                                             BRODSKY SMITH

                                             By: *s/ Evan J. Smith, Esquire*
                                             Evan J. Smith, Esquire
                                             esmith@brodskysmith.com

Ryan Cardona, Esquire
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

By: *s/ Kristin Reyna Dehart*
Kristin Reyna Dehart
kreyna@grsm.com
GORDON & REES
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-1724

*Attorneys for Defendants*

JOINT MOTION OF PARTIES FOR ORDER TO ENTER CONSENT DECREE AND DISMISS ACTION WITH PREJUDICE