UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON FREEMAN,<br><br>                        Plaintiff,<br><br>   v.<br><br>FIBRE RESOURCES UNLIMITED, INC., *et al.*,<br><br>                       Defendants. | Case No. 20-cv-2029-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE AND DISMISS ACTION WITH PREJUDICE (ECF No. 30)** |

    Pending before the Court is the parties' joint motion for an order entering consent decree and dismissal of the action with prejudice. (ECF No. 30.) Good cause appearing, the Court **GRANTS** the Proposed Consent Decree (ECF No. 30-1), and the Court will enter it in the docket.

    The Court further **DISMISSES WITH PREJUDICE** Plaintiff Clayton Freeman's claims against Defendants Fibre Resources Unlimited Inc. a/k/a Fibre Resources and

Certified Recycling, Inc., as set forth in the Notice of Violations dated March 16, 2020, and the Complaint filed in the present action, consistent with the terms of the Consent Decree.

**IT IS SO ORDERED.**

**DATED: OCTOBER 4, 2021**

Hon. Cynthia Bashant
United States District Judge